UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALFREDO C., | Case No. 19-CV-1674 (PJS/HB) |
| Petitioner, | |
| v. | ORDER |
| BUREAU OF CUSTOMS AND IMMIGRATION ENFORCEMENT, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 20] is ADOPTED.

2. The Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED IN PART and DENIED IN PART as follows:

    a. An immigration judge must provide Petitioner with a bond hearing within 30 days of this order. At the bond hearing, the immigration judge must make an individualized determination regarding whether detention is necessary to protect the community or to prevent Petitioner from fleeing; and

      b.      Petitioner's request for immediate release is DENIED.

3. The Clerk of Court is hereby DIRECTED to substitute Peter Berg, Field Office Director, as respondent in place of the Bureau of Customs and Immigration Enforcement.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: December 5, 2019                    s/Patrick J. Schiltz
                                                      Patrick J. Schiltz
                                                      United States District Judge